**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**KENNETH CHAPMAN,**

    **Plaintiff,**

**v.**                                                             **Case No: 5:16-cv-282-Oc-CEMPRL**

**CREDIT ONE BANK, N.A.**

    **Defendant.**

## ORDER

Upon referral, this case, brought pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq*., is before the Court for consideration of the parties' Joint Stipulation Staying Case and Referring Case to Arbitration (Doc. 8). The parties recite that this matter is subject to arbitration pursuant to the Visa/Mastercard Cardholder Agreement, Disclosure Statement and Arbitration Agreement entered into by Plaintiff and Defendant Credit One. The parties have attached a copy of the Cardholder Agreement as an exhibit to their Stipulation. (Doc. 8-1). The parties state that they have stipulated to allow the Court to stay the entire case so that the matter can be referred to binding arbitration. (See Doc. 8).[1]

Accordingly, the parties' Stipulation, which is hereby construed as a Joint Motion to Stay the Case (Doc. 8) is hereby **GRANTED.** This case is hereby referred to binding arbitration pursuant to the stipulation of the parties and the terms of the Cardholder agreement. The Clerk is

---

[1] The parties also note their agreement that the case should proceed with arbitration in their joint case management report. (Doc. 17).

- 2 -

directed to administratively close the file with the right of either party to move to reopen the file after arbitration or for other good cause shown.

      **DONE** and **ORDERED** in Ocala, Florida on June 29, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties